# MEMORANDA

DECISIONS RENDERED DURING THE PERIOD EMBRACED IN
THIS VOLUME.

In the Matter of the Application of WALTER H. TAVERNER
CORPORATION, Appellant, against CHARLES W. BERRY,
as Comptroller of the City of New York, et al.,
Respondents.

*New York city — municipal corporations — contract — mandamus to
compel payment of contract price for work done on public building —
defense that claim was subject to audit.*

*Matter of Taverner* v. *Berry,* 219 App. Div. 703, affirmed.

(Argued February 21, 1927; decided March 29, 1927.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 14, 1927, which affirmed an order of Special
Term denying an application for a peremptory order of
mandamus to compel the defendants to issue and deliver
to the petitioner warrants for payment for work alleged
to have been performed in the erection of a public building,
in accordance with the contract price, pursuant to a
supplemental contract entered into between the petitioner
and the city of New York. Defendants contended that
under the provisions of section 149 of the charter of the
city of New York (L. 1901, ch. 466) the claim of the
petitioner was subject to audit, the contract not having
been made by public letting.

*Charles L. Craig* for appellant.

*George P. Nicholson, Corporation Counsel (Henry J.
Shields, John F. O'Brien, Denis R. O'Brien* and *Joseph
Pascal* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.